# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SELECTIVE INSURANCE COMPANY OF AMERICA,** : <br> : <br> **Plaintiff,** : <br> : <br> v. : <br> : <br> **BOY SCOUTS OF AMERICA,** : <br> : <br> and : <br> : <br> **BOY SCOUTS OF AMERICA, NORTHEASTERN PENNSYLVANIA COUNCIL,** : <br> : <br> **Defendants/Third-Party Plaintiffs,** : <br> : <br> v. : <br> : <br> **UNITED EDUCATORS INSURANCE,** : <br> : <br> and : <br> : <br> **KEYSTONE COLLEGE,** : <br> : <br> **Third-Party Defendants.** : | **CIVIL ACTION** <br><br> **NO. 15-0299** |

## ORDER

**AND NOW**, this ___2nd____ day of April, 2018, upon consideration of the following:

1. Defendants Boy Scouts of America and Boy Scouts of America, Northeastern Pennsylvania Council's Motion for Summary Judgment (Doc. 63);

2. Plaintiff's Opposition thereto (Doc. 69);

3. Plaintiff's Selective Insurance Company of America's Cross-Motion for Summary Judgment (Doc. 65); and

4. Defendants' Opposition thereto (Doc. 68),

**IT IS HEREBY ORDERED AND DECREED** that Plaintiff's Motion for Summary Judgment (Doc. 65) is **GRANTED** and Defendants' Motion for Summary Judgment (Doc. 63) is **DENIED**.[1]

BY THE COURT:

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, U.S.D.J.**

---

[1] This Order accompanies the Court's Memorandum dated April __2___, 2018.